UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| YONNATAN SOTO GARCIA,<br><br>Petitioner,<br><br>v.<br><br>TONYA ANDREWS, in official capacity as the Facility Administrator of Golden State Annex, et al.,<br><br>Respondents. | No. 2:25-cv-01884-TLN-SCR<br><br>**ORDER** |

On July 3, 2025, Petitioner Yonnatan Soto Garcia ("Petitioner") filed an *Ex Parte* Motion for Temporary Restraining Order and Motion for Preliminary Injunction (ECF No. 2), which the Court has reviewed.

As an initial matter, the Court notes Petitioner's motion far exceeds the page limit set forth in this Court's standing order. By no later than 12:00 p.m. on Monday, July 7, 2025, Petitioner's counsel is directed to: (1) file an amended motion that complies with the page limit set forth in this Court's standing order; (2) serve Respondents Tonya Andrews, Orestes Cruz, Todd M. Lyons, Kristi Noem, and Pam Bondi (collectively, "Respondents") with a copy of the motion and accompanying papers, along with a copy of this Order, by e-mail to the United States Attorney's Office for the Eastern District of California (attn. United States Attorney Michele

1  Beckwith) and by overnight mail; and (3) promptly file proof of such service on the docket.
2  Counsel for Respondents shall promptly enter notices of appearance.
3       Respondents may file any written opposition to the pending motion by 5:00 p.m. on
4  Tuesday, July 8, 2025.  The parties are ordered to appear for a hearing on Petitioner's motion on
5  Thursday, July 10, 2025, at 2:00 p.m. in Courtroom 2 before Chief District Judge Troy L. Nunley,
6  15th Floor of the Robert T. Matsui Federal Courthouse.  If the parties were to jointly agree upon a
7  less demanding briefing schedule and hearing date, the Court would be inclined to adopt the
8  parties' proposal.  Pending the scheduled hearing, and unless and until the Court orders otherwise,
9  the Court ORDERS that Respondents shall not take any action to remove Petitioner from the
10 United States or to move Petitioner out of this District.  *See F.T.C. v. Dean Foods Co.*, 384 U.S.
11 597, 604 (1966) (acknowledging the Court's "express authority under the All Writs Act to issue
12 such temporary injunctions as may be necessary to protect its own jurisdiction").  Given the
13 exigent circumstances presented, the Court finds this Order is warranted to maintain the status
14 quo pending the July 10, 2025, hearing and any subsequent order and finds Petitioner has at this
15 time satisfied the factors governing the issuance of such preliminary relief.
16     IT IS SO ORDERED.
17 Date: July 4, 2025

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE