ERIC GRANT
United States Attorney
AUDREY B. HEMESATH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
(916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.S.G.,<br><br>                Petitioner,<br><br>    v.<br><br>TONYA ANDREWS, in official capacity, Facility Administrator of Golden State Annex, et al.,<br><br>                Respondents. | CASE NO. 2:25-CV-1884 TLN SCR<br><br>STIPULATION AND ~~PROPOSED~~ ORDER TO CONTINUE THE MATTER FOR 60 DAYS |

Based on the parties stipulation, this matter is stayed until October 24, 2025, at which time the parties are directed to file a joint status report. All other dates are vacated and this case is removed from the court's calendar of October 2, 2025.

IT IS SO ORDERED.

DATED: August 27, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

1