1    BRENDON WOODS (CA SBN #189910)
     Public Defender
2

3    RAHA JORJANI (CA SBN #240941)
     Managing Immigration Attorney
4    KELSEY MORALES (CA SBN #312362), *Designation of Counsel for Service*
     Immigration Attorney
5    Office of the Alameda County Public Defender
6    312 Clay Street, 2nd Floor
     Oakland, CA 94607
7    Telephone: 510 268-7429
     Facsimile: 510 268-7462
8    Email: kelsey.morales@acgov.org

9
     *Pro Bono Attorneys for Petitioner*
10

11                 **UNITED STATES DISTRICT COURT FOR THE**

12                    **EASTERN DISTRICT OF CALIFORNIA**

13
     Y.S.G.,                                    Case No.: 2:25-cv-01884 SCR
14
                    Plaintiff,
15
                                                **JOINT STIPULATION TO LIFT THE**
16   vs.                                        **STAY AND PROPOSED BRIEFING**
                                                **SCHEDULE; PROPOSED ORDER**
17   TONYA ANDREWS, in official capacity,
     Facility Administrator of Golden State Annex;
18   ORESTES CRUZ, in official capacity, Field
     Office Director of ICE's San Francsico Field
19   Office; TODD M. LYONS, in official capacity,
20   Acting Director of ICE, KRISTI NOEM, in
     official capacity, Secretary of the U.S.
21   Department of Homeland Security; PAM          Immigration Habeas Case
     BONDI, in official capacity, Attorney General
22   of the United States;
23
                    Respondents.
24

25

26

27
     JOINT STIPULATION TO LIFT THE STAY AND PROPOSED BRIEFING SCHEDULE;
28   PROPOSED ORDER
     CASE NO. 2:25-CV-01884-TLN-SCR

1
2

## JOINT STIPULATION TO LIFT THE STAY AND PROPOSED BRIEFING

## SCHEDULE

3
4
5

On July 3, 2025, Petitioner filed a habeas petition and motion for temporary restraining

6

order and preliminary injunction challenging as unconstitutional his re-detention by immigration

7

officials on May 27, 2025. ECF No. 1. On July 14, 2025, after briefing by Respondents and

8

argument by the parties, the Court granted a preliminary injunction and ordered Petitioner's

9

immediate release from immigration custody. ECF No. 14 at 10. The Court determined that

10

Petitioner had established a likelihood of success on the merits that he had a liberty interest and

11

that due process required Petitioner receive a hearing to determine whether detention is

12

warranted. *Id.* at 8. The Court further ordered that prior to any redetention of Petitioner,

13

Petitioner is entitled to notice of the reasons for the revocation of his release and a hearing before

14

an immigration judge to determine whether detention is warranted. *Id.* At that hearing, the

15
16

government would bear the burden to justify Petitioner's re-detention by clear and convincing

17

evidence. *Id.*

18

On August 14, 2025, the Department of Homeland Security ("DHS") filed a motion for a

19

bond hearing before the Adelanto Immigration Court. In light of that motion, on August 22,

20

2025, the parties jointly stipulated to continue proceedings before this Court for 60 days. *See*

21
22

ECF No. 19; 20 (granting stipulation).

23

Meanwhile, on August 27, 2025, the Adelanto Immigration Court held a bond hearing at

24

the request of DHS. That same day, after argument by the parties, Immigration Judge Katie G.

25

Mullins determined that the DHS met its burden of proof such that Petitioner's bond should be

26

revoked. On August 29, 2025, Immigration Judge Mullins issues a 10-page bond memorandum

27
28

1  providing her rationale for revoking Petitioner's bond. On September 4, 2025, DHS detained

2  Petitioner at the San Francisco ISAP office. Petitioner is currently detained at the Mesa Verde

3  Detention Facility in Bakersfield, California.

4

5  In light of the changed circumstances, the parties jointly move that the Court to lift the

6  stay of proceedings. Further, the parties stipulate to the following briefing schedule on the

7  parties' respective forthcoming motions.

8  **September 19, 2025** – Petitioner's Motion to Enforce the Court's Preliminary Injunction

9  **October 1, 2025** – Respondents' Response and Motion to Dismiss

10

11  **October 6, 2025** – Petitioner Reply and Response to Respondents' Motion to Dismiss

12  The parties jointly request a hearing on the motions, to be heard on the Court's October

13  16, 2025, civil motion calendar, or as soon as possible as permitted by the Court.

14

15

Dated: September 11, 2025                          */s/Kelsey Morales*
16                                                  Kelsey Morales
                                                    *Pro bono* Attorney for Petitioner
17

18                                                  */s/Audrey Hemesath (with permission)*
                                                    Attorney for Respondents
19

20

21

22

23

24

25

26

27

28  JOINT STIPULATION TO LIFT THE STAY AND PROPOSED BRIEFING SCHEDULE;
PROPOSED ORDER                                                    2
CASE NO. 2:25-CV-01884-TLN-SCR

1

**[~~PROPOSED~~] ORDER**

2

   IT IS SO ORDERED.  A hearing on the anticipated motions is set for October 16, 2025

3

at 10:00 a.m. before the undersigned in Courtroom 27.

4

   Date: September 12, 2025

5

6

7

_____
HON. SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

JOINT STIPULATION TO LIFT THE STAY AND PROPOSED BRIEFING SCHEDULE;
PROPOSED ORDER                                                        3
CASE NO. 2:25-CV-01884-TLN-SCR