UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.S.G., | No. 2:25-cv-1884-SCR |
| Petitioner, | |
| v. | ORDER |
| TONYA ANDREWS, et al., | |
| Respondent. | |

     Petitioner is an immigration detainee proceeding through counsel in this federal habeas corpus action filed pursuant to 28 U.S.C. § 2241. The court has reviewed the exhibits submitted in support of petitioner's § 2241 petition as well as his pending motion to enforce the court's preliminary injunction. The court deems it necessary to expand the record of petitioner's immigration bond proceedings pursuant to Rule 7(a) of the Rules Governing Habeas Corpus Cases Under Section 2254.[1]

/////

/////

/////

/////

---

[1] The habeas rules specifically provide that they may be applied to other types of habeas corpus petitions. See Rule 1(b) of the Rules Governing Section 2254 Cases.

Accordingly, IT IS HEREBY ORDERED that petitioner shall submit a copy of his 2023 motion for an Aleman[2] bond hearing along with any accompanying exhibits submitted in support thereof by October 15, 2025.

DATED: October 10, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

---

[2] Aleman Gonzalez v. Sessions, 325 F.R.D. 616 (N.D. Cal. 2018) (granting class certification and a preliminary injunction), aff'd sub. nom. Aleman Gonzalez v. Barr, 955 F.3d 762 (9th Cir. 2020), rev'd and remanded sub. nom. Garland v. Aleman Gonzalez, 596 U.S. 543 (2022).