UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Y.S.G., | No. 2:25-cv-1884 TLN SCR |
| Petitioner, | |
| v. | ORDER |
| TONYA ANDREWS, et al., | |
| Respondents. | |

The parties have filed a Stipulation and Joint Request to Continue the Matter For 60 Days. ECF No. 36. For good cause shown, the request is GRANTED and this matter is stayed until January 21, 2026, at which time the parties are directed to file a status report. All other dates in this case are vacated.

DATED: November 25, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

1